IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02381-ZLW-MJW

UNITED STATES OF AMERICA,

    Petitioner,

v.

ROBERT S. EAKINS,

    Respondent.

## ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce an Internal Revenue Service Summons and the Declaration of Revenue Officer, Linda M. Phillips, this Court finds as follows:

1. The Internal Revenue Service summons was issued to Robert S. Eakins for the purpose of obtaining information in an attempt to collect the federal income tax liability of Robert S. Eakins for the tax periods in the calendar years of 2000, 2001, and 2002.

2. The Internal Revenue Service summons sought testimony, records, and documents relevant to income received by Robert S. Eakins in the calendar years of 2000, 2001, and 2002, *and all documents in the summons dated March 21, 2007.*

3.  The testimony, records and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

4.  The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

5.  Robert S. Eakins was personally served with the Order to Show Cause issued by the Court.

6.  Robert S. Eakins has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE ORDERED that Robert S. Eakins comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office, 12600 W. Colfax, Suite C300, MS 5223 WO, Lakewood, Colorado 80215-3766, before Revenue Officer Linda M. Phillips, telephone (303) 231-5270, ext. 234, at a time to be agreed upon by the parties, but not later than Feb. 8, 2008, 2008, to give testimony and to produce for examination and copying the records, documents, and other data demanded by the attached Internal Revenue Service summons.

DATED this 8 day of Jan, 2008.

BY THE COURT:

Zita Weinshienk

UNITED STATES DISTRICT JUDGE

-2-



# Summons

## Collection Information Statement

In the matter of  ROBERT S EAKINS, 13021 WEST 29TH AVENUE, GOLDEN, CO 80401
Internal Revenue Service *(Identify Division)* SMALL BUSINESS/SELF EMPLOYED
Industry/Area *(Identify by number or name)* SB/SE AREA 6 (26)
Periods:  Form 1040 for the calendar period ending December 31, 2000; December 31, 2001; December 31, 2002

**The Commissioner of Internal Revenue**

To: ROBERT S EAKINS
At: 13021 WEST 29TH AVENUE, GOLDEN, CO 80401

You are hereby summoned and required to appear before LINDA M PHILLIPS, an Internal Revenue Service (IRS) officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From 01/01/2006  To 03/20/2007

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

**Do not write in this space**

Business address and telephone number of IRS officer before whom you are to appear:

12600 W COLFAX SUITE C300, MS 5223 WO, LAKEWOOD, CO 80215-3766  (303) 231-5270 x 234

Place and time for appearance: At 12600 W COLFAX SUITE C300, MS 5223 WO, LAKEWOOD, CO 80215-3766

**IRS**

on the 20th day of April, 2007 at 12:00 o'clock p m.

Issued under authority of the Internal Revenue Code this 21st day of March, 2007

Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

LINDA M PHILLIPS  *Linda M. Phillips*
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

REVENUE OFFICER
Title

_____
Title

Original -- to be kept by IRS



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

Date  03/27/2007     Time  3:35pm  Revenue Officer

**How Summons Was Served**

[X] I handed an attested copy of the summons to the person to whom it was directed.
Robert S. Eakins

[ ] I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any):

Signature  Pamela M. Phillips     Title  Revenue Officer

I certify that the copy of the summons served contained the required certification.

Signature  Pamela M. Phillips     Title  Revenue Officer

Catalog No. 25000Q     Form 6637 (Rev. 10-2006)