IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 07-cv-02381-ZLW-MJW

UNITED STATES OF AMERICA,

 Petitioner,

v.

ROBERT S. EAKINS,

 Respondent.
_____

## ORDER
_____

  The matter before the Court is Petitioner's Motion To Vacate Hearing, Discharge Final Enforcement Order, And Withdraw Motion To Enforce Final Judgment And Enforcement Order. Petitioner states that Respondent has complied substantially with the Internal Revenue Service summons at issue in this case. Accordingly, it is

  ORDERED that Petitioner's Motion To Vacate Hearing, Discharge Final Enforcement Order, And Withdraw Motion To Enforce Final Judgment And Enforcement Order (Doc. No. 13) is granted. It is

  FURTHER ORDERED that the hearing previously set for April 24, 2008, is vacated. It is

  FURTHER ORDERED that the Final Enforcement Order (Doc. No. 5) is discharged. It is

  FURTHER ORDERED that Petitioner's Motion To Enforce Final Judgment And Enforcement Order (Doc. No. 9) is withdrawn. It is

FURTHER ORDERED that this action is closed on the Court's docket.

DATED at Denver, Colorado, this   22nd   day of April, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK,  Senior Judge
United States District Court